CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 17 2015

JULIA C. DUDLEY, CLERK
BY:
  DEPUTY CLERK

AO 466A (Rev 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 7:15-MJ-157 |
| ) | |
| Mark Daniel Misiano ) | Charging District's Case No. 1:15-MJ-599 (GMH) |
| _Defendant_ ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the _(name of other court)_ ☐ ____District of Columbia____

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☒ an identity hearing and production of the warrant. I also agree to waive my rights to any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: ____9/17/2015____

_____
Defendant's signature

_____
Signature of defendant's attorney

Fay F. Spence
_____
Printed name of defendant's attorney

AO 94 (Rev 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>MARK DANIEL MISIANO<br><br>*Defendant* | )<br>)<br>) Case No. 7:15-mj-00157<br>)<br>) Charging District's<br>) Case No. 1:15-MJ-00599 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the     District of Columbia ,

*(if applicable)*     division. The defendant may need an interpreter for this language: _____ .

The defendant: ☐ will retain an attorney.
                 ☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: 9/17/2015                                        *Robert S. Ballou*
                                                                    *Judge's signature*

                                                  Robert S. Ballou, United States Magistrate Judge
                                                          *Printed name and title*

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JULIA C. DUDLEY, CLERK
BY:
 DEPUTY CLERK

AO 91 (Rev 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Mark Daniel Misiano<br>DOB: 10/25/1988<br><br>*Defendant(s)* | )<br>)<br>)  Case No: 1: 15-mj-599<br>)  Assigned To: Magistrate Judge Michael G. Harvey<br>)  Assigned Date: 09/16/2015<br>)  Description: Complaint and Arrest Warrant<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of     September 4, 2015     in the county of _____ in the
_____ District of     Columbia    , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC §2252A(a)(2) | did knowingly receive and distribute any child pornography as defined in 18 U.S.C. 2256(8), that has been mailed, or using any means or facility of interstate or foreign commerce shipped or transported in or affecting interstate or foreign commerce by any means, including by computer. |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

*Complainant's signature*

Timothy Palchak, Detective, MPD
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **SEP 16 2015**

*Judge's signature*

City and state:     Washington, D.C.

G. Michael Harvey, Magistrate Judge
*Printed name and title*

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

## STATEMENT OF FACTS

Leading up to September 4, 2015, District of Columbia Metropolitan Police Department Detective Timothy Palchak had been acting in an undercover capacity as part of a multi-jurisdictional FBI/MPD Child Exploitation Task Force, operating out of a satellite office in Washington, D.C. In that capacity, Detective Palchak ("UC") posted an advertisement in a predicated area of an online website for classified advertisements which, based on the UC's experience and information gathered from other sources, is an area of the site frequented by individuals that have a sexual interest in children and incest. The UC's advertisement indicated the UC was seeking other "no limit perv dads into the more taboo things in life."

On September 4, 2015 at approximately 11:42 am, an individual later identified as the defendant, Mark Daniel Misiano, using a screen name of "Gay Perv," responded to the advertisement by sending the UC an email on the online forum. The defendant stated, "I don't have kids but I'm a HUGE perv. I live on Cap Hill. I'm 26, white, slim, good looking and I have a 7.5-8 inch cock. I'm totally normal and no one has any idea the kinds of twisted things that happen in my head. Let me know if you're interested in perving together!"

The UC responded via the online forum email that he was into young children and incest, to which the defendant responded that the two should "hang out" and asked, "got any pics?" The UC purported to have a nine-year-old daughter and to be an uncle to a two-year-old nephew. The defendant then provided a screen name of "patrickmills" on which the UC could contact the defendant on the mobile messaging application KiK.

On September 4, 2014, the defendant and the UC began communicating via the KiK messaging application. The UC stated that it was "Nice to meet another perv so close." The UC, who purported to be sexually active with the young children described above, then began communicating with the defendant about the "experience" he had engaging in sexual acts with children. The defendant responded, "Fun!" and asked the UC, "Got pics of them?" The defendant also stated that he had his own "special pics" and stated, "I'm more into boys...So that's mainly what I have." The defendant asked the UC, "That cool?" When the UC responded that it was, the defendant sent the UC an image of a prepubescent male child lying on a bed with his legs spread and his erect penis exposed.

The defendant then asked the UC, "So are you into consensual or do you wanna hurt/rape?" The UC responded about his purported daughter and nephew, "Consensual with her have to force cock on him but not really rough. Although love c yng rape. You?" The defendant stated, "Love rape." The defendant told the UC regarding child rape videos, "They're my favorite."

Upon the defendant's request, the UC sent the defendant images of his purported daughter. None of the images were of a real child. The first image depicted a female child whose abdomen and underwear were exposed, with the UC's hand in front of the purported child's abdomen and his finger pointed towards the purported child. The second image depicted a portion of the UC's face near the stomach region of the purported child.

Case No: 1: 15-mj-599
Assigned To: Magistrate Judge Michael G. Harvey
Assigned Date: 09/16/2015
Description: Complaint and Arrest Warrant

1

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

The defendant then sent the UC an image of a naked prepubescent boy with his leg towards his head and his ankles and wrists tied together with black rope. The child's mouth is also bound by a black rope, and his anus and penis are exposed. The defendant also sent the UC an image of a male child, approximately twelve to fifteen years of age, naked in a bathtub exposing his erect penis

The defendant then requested that the UC send a "face pic," and the two exchanged images of their faces, each sending a photograph of himself with certain fingers held up as specified by the other as a confirmation that the images were taken contemporaneously. Subsequent to the exchange of these "confirmation images," the defendant sent the UC an image depicting a prepubescent male toddler being anally penetrated by an adult male.

The defendant asked the UC if he had any "pics" of himself "playing with the kids." The UC sent the defendant an image of his purported female child's pink underwear. The UC informed the defendant, "I can take live ones when I have her again and him too just let me know what u want to see." The defendant continued to request additional images, including 'pics or vides of boys." The UC asked the defendant if he had a big "collection" that included "vids," to which the defendant responded, "Yup." The defendant and the UC then discussed their schedules regarding when they might meet.

During the course of the chat, the defendant also sent the UC an image of a prepubescent male child sucking on an adult male's penis with what appears to be semen on the child's mouth.

During the course of the chat, the UC asked the defendant where he obtains his "rape" videos, to which the defendant responded, "I get them on here mostly." The UC then described to the defendant the various sex acts he had performed on his purported daughter and how he had convinced her not to tell anyone. The defendant responded, "Good work....Fucking rape her." The UC asked the defendant, "How yng would u rape if you could?" to which the defendant responded, "Newborn."

The defendant asked the UC, "You like poppers?" to which the UC responded he had "never tried." The defendant stated that, "They make me wanna get violent....I like violent sex." During the course of the chats, the defendant revealed to the UC that he had moved to the District of Columbia from Virginia the previous weekend and that he had moved for work-related reasons.

On September 4, 2015, agents at the FBI issued an administrative subpoena to KiK requesting subscriber information and IP logs associated with the username "patrickmills." On September 8, 2015, KiK responded to the subpoena and provided information that username "patrickmills" was linked to email address finglynchburg@yahoo.com. KiK also provided IP access logs associated with this account between August 16, 2015, and September 7, 2015. Examination of the IP logs indicated that the target KiK account was accessed primarily from an AT&T Wireless telephone. Also used were two Comcast Communication IP addresses and two Verizon Internet IP addresses. Both of the Verizon Internet IP addresses (108.18.78.107 and 108.18.72.105) resolved to Heather McPhee at service address 317 1/2 Constitution Avenue NE, Washington, D.C., 20002. One of the Comcast IP addresses (73.172.242.240) resolved to Mark Misiano at

2

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

service address 317 1/2 Constitution Avenue NE, Washington, D.C., 20002. The IP address (70.90.93.126) resolved to The Crew Club Sauna and Bathhouse at service address 1321 14th Street NW, Washington, D.C., 20005.

Upon receipt of this information, agents with FBI used available open source, law enforcement sensitive and FBINET internal databases to fully identify the user of Kik account "patrickmills" as Mark Daniel Misiano, a 5'11" tall, 115 pound white male with a date of birth of October 25, 1988 and a Virginia driver's license number T69879288. The individual had a listed driver's license address of 510 Victoria Avenue, Lynchburg VA 24504. In addition, a social networking profile of (www.facebook.com/mark.misiano) was identified as belonging to the defendant. Agents compared photographs publicly available on this profile to the defendant's Virginia driver's license photo and the two matched. In addition, the images posted on Facebook for Mark Misiano and the driver's license image described above were of the same individual depicted in the photos sent by the defendant to the UC during the course of the chats described above on September 4, 2015, including the "confirmation photo," using the defendant's KiK messaging application under the screen name "patrickmills." The telephone number on the Comcast account in the defendant's name, Mark Misiano, is 804-437-0582 and is operated by AT&T Wireless.

DETECTIVE TIMOTHY PALCHAK
Metropolitan Police Department

Sworn and subscribed to before me this SEP 16 2015 day of September 2015

G. Michael Harvey
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CRIMINAL MINUTES - INITIAL APPEARANCE - RULE 5
(Complaint/Indictment/Other District)

Case No.: 7:15-MJ-157　　　　　　　　　　　　Date: 9/17/2015

| Defendant(s): Mark Misiano, custody | Counsel: Fay Spence, FPD |
|---|---|

PRESENT:　　Presiding Judge:　　Robert S. Ballou　　　TIME IN COURT: 6 min
　　　　　　　Deputy Clerk:　　　K. Brown
　　　　　　　Court Reporter:　　K. Brown, FTR
　　　　　　　AUSA:　　　　　　 Andrew Bassford
　　　　　　　USPO:　　　　　　 Bryan Murphy
　　　　　　　Case Agent:
　　　　　　　Interpreter:

☒　　Defendant arrested on warrant from District of Columbia

**RIGHTS:**
☒　　Defendant advised of charges and nature of proceedings and provision of Rule 20.
☒　　Defendant advised of right to retain counsel or to request that counsel be appointed.
☒　　Defendant advised of right to preliminary exam.
☒　　Defendant advised of right to identity hearing.
☒　　Defendant advised of right to a bond/detention hearing.

**COUNSEL:**
☒　　Defendant present with counsel.
☒　　Defendant requests appointment of counsel. CJA 23 Financial Affidavit completed. FPD appointed.

**IDENTITY:**
☒　　Identity hearing waived.*

**PRELIMINARY HEARING:**
☒　　Preliminary hearing waived.*
☒　　Defendant requests preliminary hearing in prosecuting district.*

**RELEASE/DETENTION:**
☒　　Defendant does not contest detention.
☒　　Government moves for detention.
☒　　Order of Commitment to Another District (AO 94).

**Additional Information:**

5:01
Parties present and represented by counsel. Waiver executed. Defendant remanded and will be transported back to the District of Columbia.
Adjourned
5:07

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

7:15-MJ-000157   9/17/15

JULIA C. DUDLEY, CLERK
BY: kb
DEPUTY CLERK

AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

F I D
9899342

| United States of America | ) |
| --- | --- |
| v. | ) Case No: 1: 15-mj-599 |
| Mark Daniel Misiano | ) Assigned To: Magistrate Judge Michael G. Harvey |
| D.O.B. 10/25/1988 | ) Assigned Date: 09/16/2015 |
| | ) Description: Complaint and Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   MARK DANIEL MISIANO

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Distribution of Child Pornography, in violation of 18 U.S.C. Section 2252A(a)(2).

Date: SEP 16 2015

*Issuing officer's signature*

City and state:   Washington, D.C.

G. MICHAEL HARVEY, US MAGISTRATE JUDGE
*Printed name and title*

| Return |
| --- |
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____     *Arresting officer's signature* _____     *Printed name and title* _____ |

CLOSED

# U.S. District Court
## Western District of Virginia (Roanoke)
### CRIMINAL DOCKET FOR CASE #: 7:15-mj-00157-RSB All Defendants

Case title: USA v. Misiano  
Other court case number: 1:15-MJ-00599 District of Columbia

Date Filed: 09/17/2015  
Date Terminated: 09/22/2015

*Mag 15-599 (GMH)*

Assigned to: Magistrate Judge Robert S. Ballou

**Defendant (1)**

**Mark Daniel Misiano**  
*TERMINATED 09/22/2015*

represented by **Fay Frances Spence**  
Federal Public Defenders Office  
Suite 420  
210 First Street, SW  
Roanoke, VA 24011  
540-777-0880  
Fax: 777-0890  
Email: fay_spence@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation. Public Defender or Community Defender Appointment*

**Pending Counts**  
None

**Disposition**

**Highest Offense Level (Opening)**  
None

**Terminated Counts**  
None

**Disposition**

**Highest Offense Level (Terminated)**  
None

**Complaints**  
None

**Disposition**

---

**Plaintiff**  
USA

represented by **Daniel P. Bubar**  
United States Attorneys Office  
BB&T Building  
310 First Street, S.W. Room 906  
Roanoke, VA 24008  
540-857-2250  
Fax: 540-857-2614  
Email: daniel.bubar@usdoj.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|

| 09/17/2015 | 1 | Rule 5(c)(3) Documents Received as to Mark Daniel Misiano (kab) (Entered: 09/18/2015) |
|---|---|---|
| 09/17/2015 |  | Arrest - 5(c)(3) of Mark Daniel Misiano (kab) (Entered: 09/18/2015) |
| 09/17/2015 | 2 | CJA 23 Financial Affidavit as to Mark Daniel Misiano (kab) (Entered: 09/18/2015) |
| 09/17/2015 | 3 | ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Mark Daniel Misiano by Magistrate Judge Robert S. Ballou on 09/17/2015. (kab) (Entered: 09/18/2015) |
| 09/17/2015 | 4 | NOTICE OF HEARING as to Mark Daniel Misiano (CUSTODY) **(FTR)** Initial Appearance - Rule 5c3 set for 9/17/2015 04:15 PM in Roanoke before Magistrate Judge Robert S. Ballou.(kab) (Entered: 09/18/2015) |
| 09/17/2015 | 5 | Minute Entry for proceedings held before Magistrate Judge Robert S. Ballou:Initial Appearance Rule 5(c)(3) Complaint/Indictment - Other District as to Mark Daniel Misiano held on 9/17/2015. Defendant remanded. (Court Reporter K. Brown/FTR) (kab) (Entered: 09/18/2015) |
| 09/17/2015 | 6 | FTR Log Notes as to Mark Daniel Misiano for Rule 5 Initial Appearance in the Roanoke Division held before Judge Robert S. Ballou on 09/17/2015. In accordance with 28 USC 753(b), I certify that I monitored the digital recording of this proceeding and that it is a true and correct record, that it is sufficiently intelligible when played on the FTR (For the Record) Player, and that it can be transcribed without undue difficulty. FTR Operator: K. Brown (kab) (Entered: 09/18/2015) |
| 09/17/2015 | 7 | WAIVER of Rule 5(c)(3) Hearing by Mark Daniel Misiano (kab) (Entered: 09/18/2015) |
| 09/17/2015 | 8 | Arrest Warrant Returned Executed on 9/17/2015 in case as to Mark Daniel Misiano. (kab) (Entered: 09/18/2015) |
| 09/22/2015 | 9 | COMMITMENT TO ANOTHER DISTRICT as to Mark Daniel Misiano. Defendant committed to District of District of Columbia.Signed by Magistrate Judge Robert S. Ballou on 09/17/2015. (kab) (Main Document 9 replaced on 9/23/2015) (kab). Modified on 9/23/2015- Clerical error on date. Order has been corrected from 9/15/2015 to 9/17/2015. (kab). |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/23/2015 13:07 00 | | | |
| PACER Login: | hjack7777 | Client Code: |  |
| Description: | Docket Report | Search Criteria: | 7:15-mj-00157-RSB |
| Billable Pages: | 2 | Cost: | 0 20 |